UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA AYRES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>METLIFE, INC.,<br><br>    Defendant. | Case No. 21-cv-08523-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Saundra Brown Armstrong for consideration of whether the case is related to *Metropolitan Life Ins. v. Ayres*, No. 99-cv-04323-SBA.

**IT IS SO ORDERED.**

Dated: November 22, 2021

LAUREL BEELER
United States Magistrate Judge